UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA             :
                                          PRIOR FELONY
            - v. -                   :    INFORMATION

OSCAR MARQUEZ,                            07 Cr. ____

            Defendant.                    07CRIM. 768

                                     :
- - - - - - - - - - - - - - - - - - -X

   The United States Attorney charges:

   On or about April 5, 1993, in the Eastern District of North Carolina, OSCAR MARQUEZ, the defendant, was convicted of conspiracy to distribute and possess with intent to distribute more than 500 grams of cocaine in violation of Title 21, United States Code, Section 846, for which he received a sentence of a term of imprisonment of 63 months.

   Accordingly, OSCAR MARQUEZ, the defendant, is subject to the enhanced penalties of Title 21, United States Code, Sections 841(b)(1)(A) and 841(b)(1)(B).

   (Title 21, United States Code, Section 851.)

Dated:   New York, New York
         August 14, 2007

                                    _____
                                    MICHAEL J. GARCIA
                                    United States Attorney

USDC SDNY
[illegible stamp]
AUG 17 2007

0293                           -1-