☛ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,        :

        - v -                    :    NOTICE OF INTENT TO
                                      FILE AN INFORMATION
OSCAR MARQUEZ,                   :

            Defendant.           :

- - - - - - - - - - - - - - - - x    **07 CRIM 768**

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          August 12, 2007

                                MICHAEL J. GARCIA
                                United States Attorney

                        By:     _____
                                Rua M. Kelly
                                Assistant United States Attorney

                        AGREED AND CONSENTED TO:

                                _____
                                Donald DuBoulay, Esq.
                                Attorney for Oscar Marquez

[Stamp: JUDGE CHIN]
[Stamp: USDC SDNY]
8/16/07

8/16/07  WHEEL A    Judge Chin