UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA        :

        v.                              :

OSCAR MARQUEZ,                  :        07 Cr.

       Defendant.               :        **07CRIM 768**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

*JUDGE CHIN*

       The above-named defendant, who is accused of violating Title 21, United States Code, Section 846 and Title 21, United States Code, Section 841(b)(1)(B), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                             _____
                                             Defendant

                                             _____
                                             Witness

                                             _____
                                             Counsel for Defendant

Date:  New York, New York
       August ___, 2007



0202